**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

BRADFORD D. CRISPELL, et al.,

    Plaintiffs,

v.                                                            Case No: 8:11-cv-1527-T-30EAJ

CHILDRENS HOME SOCIETY OF
FLORIDA CRISIS NURSERY,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Notice of Dismissal With Prejudice (Dkt. #123). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each party to bear their own attorney's fees and costs.

2. All liens and subrogated interests are to be paid by Plaintiffs out of the proceeds of the settlement made in this case.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of December, 2012.

_/s/ James S. Moody, Jr._
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2011\11-cv-1527 Crispell dismissal Order.docx